UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEVEN RAYMOND LYONS,

                       Plaintiff,                             Case No. 1:08cv902

v.                                                Hon. Robert J. Jonker

J. JAMESON, et al.,

                       Defendants.

_____/

## ORDER
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on November 24, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 24, 2008, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's ex parte motion for a TRO (docket # 8) is **DENIED**.

                                                /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE

DATED:  December 15, 2008.